**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Latroy Lamar Wherry, Appellant.

Appellate Case No. 2013-002509

Appeal From York County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2015-UP-190
Submitted March 1, 2015 – Filed April 8, 2015

**APPEAL DISMISSED**

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.